UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Central Laborers Pension Fund, et al.
                       Plaintiff,

v.                                          Case No.: 1:13−cv−07478
                                                Honorable John A. Nordberg

Haltz Construction, Inc.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 11, 2013:

      MINUTE entry before the Honorable John A. Nordberg: Motion hearing held on 12/11/2013. Enter judgment order. MOTION by Plaintiffs Central Illinois Builders Industry Advancement Fund, Central Illinois Laborers−Employers Cooperation Trust, Central Illinois Legal Fund, Central Illinois Midwest Region Foundation for Fair Contracting, Central Illinois Work Dues Fund, Central Laborers Annuity Fund, Central Laborers Pension Fund, Central Laborers Retirees' Welfare Fund, Central Laborers Welfare Fund, Central Laborers' Pension Supplemental Fund, Illinois Laborers' & Contractors Joint Apprenticeship and Training Trust Fund, Laborers Local 703, Northern Illinois Annuity Fund, South Central Vacation Fund, Substance Abuse Testing Fund for entry of default, MOTION by Plaintiffs Central Illinois Builders Industry Advancement Fund, Central Illinois Laborers−Employers Cooperation Trust, Central Illinois Legal Fund, Central Illinois Midwest Region Foundation for Fair Contracting, Central Illinois Work Dues Fund, Central Laborers Annuity Fund, Central Laborers Pension Fund, Central Laborers Retirees' Welfare Fund, Central Laborers Welfare Fund, Central Laborers' Pension Supplemental Fund, Illinois Laborers' & Contractors Joint Apprenticeship and Training Trust Fund, Laborers Local 703, Northern Illinois Annuity Fund, South Central Vacation Fund, Substance Abuse Testing Fund for judgment [7] is granted. Civil case terminated. Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.